# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3691

_____

Thomas E. Perez, Secretary of Labor, United States Department of Labor

*Plaintiff - Appellee*

v.

El Pato, Inc., doing business as El Maguey Mexican Restaurant; JYR'S El Maguey
Corporation, Inc., doing business as El Maguey Mexican Restaurant; Manuel
Jaime, Individually; El Sapo, Inc., doing business as El Maguey Mexican
Restaurant; Justo Adan, Individually; Humberto Jaime

*Defendants - Appellants*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: July 2, 2015
Filed: July 8, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

This is an appeal from an adverse adjudication of civil contempt made by the district court[1] in Fair Labor Standards Act proceedings first initiated more than a decade ago by the Secretary of the United States Department of Labor against El Pato, Inc., doing business as El Maguey Corporation, Inc.; JYR's El Maguey Corporation, Inc., doing business as El Maguey Mexican Restaurant; El Sapo, Inc., doing business as El Maguey Restaurant; Manuel Jaime; Humberto Jaime; and Justo Adan. After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion. See F.T.C. v. Neiswonger, 580 F.3d 769, 773 (8th Cir. 2009) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

———————————————

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.